IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02475-WYD-CBS | Date:  July 30, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                          *Counsel:*

STILLWATER MINING COMPANY,                  Daniel Spivey
                                                                    Jordan Lipp

Plaintiff,

v.

POWER MOUNT INCORPORATED,                   Matthew Johnson

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 02:00 p.m.**
Court calls case.  Appearances of counsel.

Discussion and argument regarding *Plaintiff Stillwater Mining Company's Motion for Leave to File Amended Complaint [49].*

Mr. Lipp makes oral motion to withdraw without prejudice *Plaintiff Stillwater Mining Company's Motion for Leave to File Amended Complaint [49]*.  Mr. Lipp reserves the right to renew their motion if the pending *Defendant Power Mount Incorporated's Motion to Dismiss the Complaint [12]* is denied.

**ORDERED:**     Mr. Lipp's oral motion is **GRANTED** and *Plaintiff Stillwater Mining Company's Motion for Leave to File Amended Complaint [49]* is **WITHDRAWN without prejudice.**

Further discussion regarding discovery and the joinder of new parties.

**ORDERED:**     Within 72 hours of a ruling on *Defendant Power Mount Incorporated's Motion to Dismiss the Complaint [12],* and if the motion is denied, counsel shall contact Magistrate Judge Shaffer's chambers at (303.844.2117) to schedule an

>immediate telephone status conference to discuss how this case will move forward.  All discovery is STAYED pending the telephone status conference and the Final Pretrial Conference set for January 14, 2015 is VACATED.

HEARING CONCLUDED.

**Court in recess: 03:03 p.m.**
Total time in court: 01:03

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.