IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02475-WYD-CBS

STILLWATER MINING COMPANY,

    Plaintiff,

v.

POWER MOUNT INCORPORATED,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Restrict Confidential Testimony (ECF No. 62), filed July 29, 2015, is **GRANTED**.  Exhibits 8 and 11 (ECF Nos. 61-1 and 61-2) to Stillwater's Reply in Support of its Motion For Leave to File Amended Complaint are hereby restricted at Level 1.

    Dated:   September 4, 2015.