IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02475-WYD-CBS | Date: September 28, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

STILLWATER MINING COMPANY,   Daniel Spivey
                             Jordan Lipp

Plaintiff,

v.

POWER MOUNT INCORPORATED,    Matthew Johnson
                             Habib Nasrullah
                             Matthew Johnson
                             Robert Burk

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 08:00 a.m.**
Court calls case.  Appearances of counsel.

Power Mount does not oppose the motion for leave to amend.

**ORDERED:**  *[72] Plaintiff Stillwater Mining Company's Renewed Motion for Leave to File Amended Complaint* is **GRANTED.**  The Amended Complaint (exhibit 1) is deemed as filed today.

The Plaintiff shall serve the new defendants.  The new defendants' obligation to respond under Rule 12 is STAYED pending the completion of briefing on motions for summary judgment relative to the breach of contract claim and the Status Conference set for January 4, 2016.

The court wants to make clear that in granting the motion for leave to amend, it is not expressing any views on the merits of the Amended Complaint, nor is it restricting the new defendants' rights to assert any defenses or motions they may deem appropriate.

**ORDERED:**  *Defendant Power Mount Inc.'s Motion to Stay Discovery and All Proceedings, Including the Filing of Its Answer, Pending Decision on Its Motion to Certify*

*Order Regarding Motion to Dismiss for Interlocutory Appeal* is **GRANTED in part and DENIED in part.** All discovery relative to the current breach of contract claim against Power Mount MUST be completed on or before **November 13, 2015.** Motions for Summary Judgment related to the current breach of contract claim against Power Mount MUST be filed on or before **November 30, 2015.**

A Telephone Status Conference is set for **January 4, 2016 at 9:00 a.m. (Mountain Time)** to discuss with all parties how to proceed with this case. Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

Hearing Concluded.

**Court in recess: 08:11 a.m.**
Time in court: 00:11

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.