IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    14-cv-2475-WYD-CBS

STILLWATER MINING COMPANY,

    Plaintiff,

v.

POWER MOUNT INC., et al.,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On October 6, 2015, Defendant Power Mount, Inc. filed a Notice of Withdrawal of Motion for Certification of Interlocutory Appeal (ECF No. 84).   Defendant seeks to withdraw its previous Motion for Certification of Interlocutory Appeal (ECF No. 74), filed on September 16, 2015.   The Notice to Withdraw (ECF No. 84) is hereby **APPROVED** and the Motion for Certification of Interlocutory Appeal (ECF No. 74) is hereby **DENIED as moot**.

    Dated:   October 7, 2015