IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-02475-WYD-CBS

STILLWATER MINING COMPANY,

        Plaintiff,

v.

POWER MOUNT INCORPORATED, ET AL.

        Defendants.

---

ORDER GRANTING JOINT MOTION TO BIFURCATE CLAIMS 2-5 FROM CLAIM 1 AND STAY DISCOVERY AND DEADLINES FOR CLAIMS 2-5

---

Magistrate Judge Shaffer

    This matter comes before the court on the "Joint Motion to Bifurcate Claims 2-5 From Claim 1 and Stay Discovery and Deadlines for Claims 2-5." (Doc. 128). Having reviewed the Motion, and being fully advised in the premises, the court hereby GRANTS the Motion.

    Accordingly, IT IS ORDERED that:

1) Claim 1 is bifurcated from Claims 2-5;

2) The responsive pleading, all discovery and all case deadlines for Claims 2-5 pending are stayed, pending resolution of both pending cross motions for summary judgment on Claim 1;

3) The parties shall confer within 14 days of the summary judgment rulings on Claim 1 regarding next steps for this case;

2

4) The parties shall contact this court's chambers within 14 days of the summary judgment rulings on Claim 1 to set a status conference regarding the remainder of the case.

DATED at Denver, Colorado, this 7th day of April, 2016.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge